# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>Ethan J. Foltz<br><br>*Defendant* | )<br>)<br>)  Case No. 3:25-mj-00505-KFR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 1, 2021, through August 6, 2025, at or near  Anchorage  in the
_____ District of  Alaska , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030(a)(5)(A) and 2 | Aiding and Abetting Computer Intrusions |

This criminal complaint is based on these facts:

☒ See attached affidavit.

_____
*Complainant's signature*

Special Agent Elliott R. Peterson, DCIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephonically sworn to, and electronically signed.  *(specify reliable electronic means)*

Date: August 18, 2025

City and state:  Anchorage, Alaska

Hon. Kyle F. Reardon, U.S. Magistrate Judge
*Printed name and title*